THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. HARRIGAN, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the January, 1920, term and

be ready for argument when reached; otherwise, motion granted.   Present —
Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.